In re FRINDEL. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of Benjamin Frindel, an attorney.

1913.) In the matter of Benjamin Frindel, an attorney.

PER CURIAM. This proceeding is referred to Hon. William D. Dickey, official referee, to take testimony upon the question of obedience to the direction of this court suspending petitioner from practice, and report thereon, with his opinion. See, also, 139 N. Y. Supp. 1123.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by George Gabel against the Hastings Homes Company. No opinion. Motion denied.